**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HORACE L. FRANCOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6662** |
| **JUDGE KERN A. REESE, ET AL.** | **SECTION "E" (3)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint against Defendants, Judge Kern A. Reese, Newman, Mathis, Brady & Spedale, A.P.L.C., and Mark C. Landry, be and is hereby DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction and failure to state an actionable claim in this Court.

**New Orleans, Louisiana, this** 25th **day** August **, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**